UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

Kid Brands, Inc.

Official Committee of Unsecured Creditors of Kid Brands, Inc. et al

Plaintiff(s)

vs.

Equinix, Inc.

Defendant(s)

Case No.: 14-22582

Adv. No.: 16-01466-MBK

Chapter: 11

Judge: MBK

CORRECTED
**ENTRY OF DEFAULT**

It appearing that the following defendant(s) failed to plead or otherwise defend in this proceeding as required by law: Equinix, Inc.

THEREFORE, default is entered against said defendant(s) as authorized by Fed. R. Bank. P. 7055.

Date: 7/28/17

JEANNE A. NAUGHTON, Clerk

BY: KATHLEEN FEELEY
Deputy Clerk

*rev.1/9/17*

United States Bankruptcy Court
District of New Jersey

Official Committee of Unsecured Creditor,
    Plaintiff

Adv. Proc. No. 16-01466-MBK

Equinix, Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 28, 2017
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2017.
```
dft            +Equinix, Inc.,   One Lagoon Drive,   4th Floor,   Redwood City, CA 94065-1564
pla            +Official Committee of Unsecured Creditors of Kid B,   c/o Gellert Scali Busenkell & Brown LLC,
                 Ronald S. Gellert,   1201 N. Orange Street,   Suite 300,   Wilmington, DE 19801-1167
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2017 at the address(es) listed below:
      Brya Michele Keilson    on behalf of Plaintiff    Official Committee of Unsecured Creditors of Kid Brands, Inc. et al bkeilson@gsbblaw.com
      Ronald S. Gellert    on behalf of Plaintiff    Official Committee of Unsecured Creditors of Kid Brands, Inc. et al rgellert@gsbblaw.com
                                                                                      TOTAL: 2